1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail:    klo-jmk@pacbell.net

5  Attorney for Plaintiff

6              UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  MALAYTHONG BUSH,                    Case No.

9           Plaintiff,

                                        COMPLAINT   FOR   DECLARATORY
10                                      JUDGMENT AND INJUNCTION

11      vs.

12  ROSEMARY MELVILLE, District Director,
    United States Citizenship
13  and Immigration Services,

            Defendant
14
                                       /
15

16      Plaintiffs allege:

17      1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C.

18  §§ 701 - 706.

19      2. Plaintiff is a citizen of the United States.

20      3. Defendant is the District Director of the San Francisco district office of the United States

21  Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5

22  U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration and Nationality

23  Act, including the adjudication of a visa petition filed a United State citizen pursuant to 8 U.S.C.

24  §1154(a)(1)(A)(i).

25      4. 8 U.S.C. §1154(a)(1)(A)(i) vests defendant with the authority to accord immediate relative

26  status under 8 U.S.C. §1151(b)(2)(A)(i) to the spouse of a United States citizen.  To accord

27

28                                      1

1 immediate relative status a United States citizen is required to file a petition on a Form I-130 with

2 the USCIS in accordance with the provisions of 8 C.F.R. §204.1.

3   5.It is defendant's legal duty to adjudicate a properly filed petition. If a petition is denied, 8

4 C.F.R. §204.2(a)(3) requires that defendant notify a petitioner of her right to appeal in accordance

5 with 8 C.F.R.. §1003.3. If an appeal is filed pursuant to 8 C.F.R.. §1003.3, 8 C.F.R. §1003.5(b)

6 requires that defendant forward the record of proceeding promptly to the Board of Immigration

7 Appeals.

8   6. On February 17, 2005 plaintiff petitioned defendant to accord immediate relative status

9 on her husband, Amarjit Singh. See, attached Exhibit A.

10   7. On April 25, 2006 plaintiff's petition was denied. See, attached Exhibit B.

11   8. On May 12, 2006 plaintiff mailed a notice of appeal form to defendant, in the manner

12 prescribed by agency regulation. The appeal form was received by defendant on or before May 22,

13 2006. See, attached Exhibit C.

14   9. Defendant has not forwarded plaintiff's appeal to the Board of Immigration Appeals, and

15 the failure to forward the appeal constitutes a failure to adjudicate plaintiff's petition.

16   10. There is no administrative appeal from defendant's failure to adjudicate a petition.

17   11. There is a real and actual controversy between the parties. Plaintiff has no adequate

18 remedy at law. Plaintiff has suffered and will continue to suffer irreparable injury as result of the

19 acts of the defendant complained herein.

20 WHEREFORE, plaintiff prays judgment.

21   1. Declaring that defendant has violated 8 U.S.C. §1154(a)(1)(A)(i) and 8 C.F.R.

22 §§204.2(a)(3) and §1003.5(b) in her adjudication of plaintiff's visa petition.

23   2. Preliminarily and permanently enjoining defendant, her agents, and delegates to adjudicate

24 plaintiff's petition forthwith.

25   4. Awarding plaintiff her costs and reasonable attorneys fees incurred in this action;

26

27

28                                    2

1      5. Granting such other and further relief as may be appropriate.

2   Dated: August 6, 2007

3

4                                          JONATHAN M. KAUFMAN
                                           Attorney For Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   3

# EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0054
**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(g) Resolved
- [ ] 203(g) Resolved

Remarks:

## A. Relationship    You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [X] No | [ ] Yes  [X] No |

## B. Information about you

**1. Name** (Family Name in CAPS)   (First)   (Middle)
Bush                Malythong

**2. Address** (Number and Street)   (Apt. No.)
1313 Montgomery Lane

| (Town or City) | (State/Country) | (ZIP/Postal Code) |
|---|---|---|
| Tracy | CA | 95377 |

**3. Place of Birth** (Town or City)   (State/Country)
Vientiane, Laos

| 4. Date of Birth (Month/Day/Year) | 5. Gender | 6. Marital Status |
|---|---|---|
| 10/22/60 | [ ] Male  [X] Female | [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced |

**7. Other Names Used** (including maiden name)
Phasayaseng; Phoumaphavanh

**8. Date and Place of Present Marriage** (if married)
9/4/04   Reno, NV

| 9. Social Security Number (if any) | 10. Alien Registration Number |
|---|---|
| 620 24 8164 | A28107285 |

| 11. Name(s) of Prior Husband(s)/Wive(s) | 12. Date(s) Marriage(s) Ended |
|---|---|
| Jerome Charles Bush | 9/19/01 |
| Phanh Phoummaphavanh | 11/10/90 |

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [X] Naturalization. Give certificate number, date and place of issuance.
  #21081593, San Francisco, CA    5/16/95
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

None

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
[ ] Yes  [ ] No

## C. Information about your relative

**1. Name** (Family Name in CAPS)   (First)   (Middle)
Singh                Amarjit

**2. Address** (Number and Street)   (Apt. No.)
1313 Montgomery Lane

| (Town or City) | (State/Country) | (ZIP/Postal Code) |
|---|---|---|
| Tracy | CA | 95377 |

**3. Place of Birth** (Town or City)   (State/Country)
Niljar   Punjab   India

| 4. Date of Birth (Month/Day/Year) | 5. Gender | 6. Marital Status |
|---|---|---|
| 05/28/1969 | [X] Male  [ ] Female | [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced |

**7. Other Names Used** (including maiden name)
Ragbuer Singh

**8. Date and Place of Present Marriage** (if married)
9/4/04   Reno, NV

| 9. Social Security Number (if any) | 10. Alien Registration Number |
|---|---|
| 607 64 6314 | A72 325 526 |

| 11. Name(s) of Prior Husband(s)/Wive(s) | 12. Date(s) Marriage(s) Ended |
|---|---|
| None | None |

**13. Has your relative ever been in the U.S.?**  [X] Yes  [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she last arrived as a: No valid entry document
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)   Date arrived (Month/Day/Year)
None                05/11/1992

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95   None

**15. Name and address of present employer** (if any)
Self employed   Tracy, CA

Date this employment began (Month/Day/Year)
2004

**16. Has your relative ever been under immigration proceedings?**
[ ] No  [X] Yes  Where SF,CA   When 8/28/96
[ ] Removal  [X] Exclusion/Deportation  [ ] Recission  [ ] Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd _____ Denied _____ Ret'd _____

Form I-130 (Rev. 06/05/02) Y

## C. Information about your relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 1313 Montgomery Lane | Tracy | CA |

**19. Your relative's address abroad (Include street, city, province and country)**

Phone Number (if any)

None

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name)    Address (Include street, city, province and country):

**21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):**

| | From: (Month) (Year) | To: (Month) (Year) |
|---|---|---|
| 1313 Montgomery Lane, Tracy, CA | 8/04 | Present |

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service in **San Francisco    CA** . If your relative is not eligible for adjustment of status, he or she
                             (City)     (State)

will apply for a visa abroad at the American consular post in **New Delhi          India**
                                               (City)               (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

None

**2. Have you ever filed a petition for this or any other alien before?**     ☐ Yes  ☒ No
If "Yes," give name, place and date of filing and result.

**WARNING:** INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

Date 1-26-05     Phone Number 209 832-1767

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name **Jonathan M. Kaufman**     Signature _____     Date 02/09/05

Address **220 Montgomery Street, Suite 976, San Francisco, CA 94104**     G-28 ID or VOLAG Number, if any. _____

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

**BIOGRAPHIC INFORMATION**

| (Family name) Bush | (First name) Malythong | (Middle name) | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 10/22/60 | NATIONALITY U.S. | FILE NUMBER A-A28107285 |
|---|---|---|---|---|---|---|
| ALL OTHER NAMES USED (Including names by previous marriages) Phassayaseng; Phoumaphavanh | | | CITY AND COUNTRY OF BIRTH Vientiane, Laos | | | SOCIAL SECURITY NO. (If any) 620 24 8164 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|---|
| FATHER | Soumtalavong Thong | Thong | DOB Unkn   Laos | | Deceased |
| MOTHER (Maiden name) | Phasyaseng | Thong | DOB Unkn   Laos | | Tracy   CA, USA |

| HUSBAND (if none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| Singh | | Amarjit | 5/28/69 | Nijjar, India | 9/4/04 | Reno, NV |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE | |
|---|---|---|---|---|---|
| Bush | Jerome | 8/31/62 | 12/29/93   Reno, NV | 9/19/01 | Pleasanton, CA |
| Phoummaphavanh | Phaeng | 4/2/22 | Date Unkn Thailand | 11/10/90 | Modesto,CA |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 1313 Montgomery Lane | Tracy | CA | USA | 3 | 01 | PRESENT TIME | |
| 7495 Quartz Circle | Dublin | CA | USA | 1993 | 3 | 01 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| Self Employed, dba Lucky Pizza, Tracy, CA | Owner | | 1994 | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) |
|---|
| |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER (SPECIFY): I-130 | SIGNATURE OF APPLICANT *malaythoo...* | DATE 1-26-05. |
|---|---|---|
| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) Singh | (Given name) Amarjit | (Middle name) | (Alien registration number) A72 325 526 |
|---|---|---|---|

**(1) Ident.**

Form G-325 A (Rev. 09/11/00)Y



FORM N-550 REV. 6-91

THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 21 081 593

Personal description of holder as of date of naturalization:

Date of birth: OCTOBER 22, 1960

Sex: FEMALE

Height: 5 feet 03 inches

Marital status: MARRIED

Country of former nationality: LAOS

INS Registration No. A28 107 285

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

malaythong Bush
Complete and true signature of holder

Be it known that, pursuant to an application filed with the Attorney General

at: SAN FRANCISCO, CA

The Attorney General having found that:

MALAYTHONG 'BUSH

FOR THE NORTHERN CALIFORNIA

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

UNITED STATES DISTRICT COURT

at: SAN FRANCISCO, CA

on: MAY 16 1995

that such person is admitted as a citizen of the United States of America.

Doris Meissner
Commissioner of Immigration and Naturalization

DEPARTMENT OF JUSTICE

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

2004312536

BK 1068 PG 0378

04 SEP -7 PM 12: 18

KATHRYN L. BURKE
WASHOE COUNTY, RECORDER

BY **MAS**

### State of Nevada
# Marriage Certificate

## NO. MA04-12235

State of Nevada
County of Washoe } ss.

This is to certify that the undersigned, __MINISTER__ (Title)

did on the __4th__ day of __SEPTEMBER__, 20 __04__

at __ANTIQUE ANGEL WEDDING CHAPEL, RENO__ (Address or Church) (City) Nevada,

join in lawful wedlock __AMARJIT SINGH__

of __TRACY__ (City) State/Country of __CALIFORNIA__

and __MALAYTHONG BUSH__

of __TRACY__ (City) State/Country of __CALIFORNIA__

Mailing Address __1313 MONTGOMERY LN TRACY CA 95377__

with their mutual consent, in the presence of

_[signature]_ and

_[signature]_ , witnesses.

_[signature]_
Signature of person performing marriage

_B. M. VAN DUSSELDORP_
Print name under signature

_[signature]_
Official title of person performing the marriage

_[signature]_
COUNTY CLERK

MINISTER OR JUDGE: COPY MUST BE PRESENTED TO THE WASHOE COUNTY RECORDER
P.O. BOX 11130, RENO, NV 89520-0027 WITHIN (10) DAYS



I HEREBY CERTIFY
THAT THIS DOCUMENT
IS A CORRECT COPY
OF THE ORIGINAL
RECORDED IN MY OFFICE.

ON: SEP - 7 2004

KATHRYN L. BURKE, COUNTY RECORDER
WASHOE COUNTY NEVADA

BY

DEPUTY RECORDER

NO FEE REQUIRED.

1287

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

JEROME CHARLES BUSH
2005 CROW CANYON PLACE, #132
SAN RAMON, CA  94583
TELEPHONE NO.: 925-830-1010          FAX NO.:
ATTORNEY FOR *(Name)*: IN PRO PER

**ENDORSED
FILED
ALAMEDA COUNTY**

SEP 19 2001

CLERK OF THE SUPERIOR COURT
By _____ GR SOLBERG
                                    Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 5672 STONERIDGE DRIVE
MAILING ADDRESS: (SAME)
CITY AND ZIP CODE: PLEASANTON, CA 94588
BRANCH NAME: EASTERN DIVISION

**MARRIAGE OF**
PETITIONER: JEROME CHARLES BUSH

RESPONDENT: MALAYTHONG BUSH

**JUDGMENT**
[X] Dissolution        [ ] Legal separation        [ ] Nullity
   [ ] Status only
   [ ] Reserving jurisdiction over termination of marital status
   [ ] Judgment on reserved issues   'SEP 19 2001
   Date marital status ends:

CASE NUMBER:
V-018290-8

1. [ ] This judgment [ ] contains personal conduct restraining orders [ ] modifies existing restraining orders.
   The restraining orders are contained on page(s)          of attachment. They expire on *(date)*:

2. This proceeding was heard as follows: [X] default or uncontested [X] by declaration under Fam. Code, § 2336
   [ ] contested
   a. Date: SEP 19 2001        Dept: 707        Rm.:
   b. Judicial officer *(name)* STEPHEN F. FOLAND   [ ] Temporary judge
   c. [ ] Petitioner present in court           [ ] Attorney present in court *(name)*:
   d. [ ] Respondent present in court           [ ] Attorney present in court *(name)*:
   e. [ ] Claimant present in court *(name)*:    [ ] Attorney present in court *(name)*:
   f. [ ] Other *(specify name)*:

WILLIAM R. HAYMAN
CA STATE LDA BOND # 672-05-23
CALIFORNIA PARALEGAL SERVICES
555 PETERS AVE., SUITE 220
PLEASANTON, CA 94566
(925) 417-7522
www.calpara.com

3. The court acquired jurisdiction of the respondent on *(date)*: 02/26/2000
   [X] Respondent was served with process [ ] Respondent appeared

4. THE COURT ORDERS, GOOD CAUSE APPEARING:
   a. [X] Judgment of dissolution be entered. Marital status is terminated and the parties are restored to the status of unmarried persons
      (1) [X] on the following date *(specify)*: SEP 19 2001
      (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
   b. [ ] Judgment of legal separation be entered.
   c. [ ] Judgment of nullity be entered. The parties are declared to be unmarried persons on the ground of *(specify)*:

   d. [ ] This judgment shall be entered nunc pro tunc as of *(date)*:
   e. [ ] Judgment on reserved issues.
   f. [ ] Wife's [ ] Husband's   former name be restored *(specify)*:
   g. [ ] Jurisdiction is reserved over all other issues and all present orders remain in effect except as provided below.
   h. [ ] This judgment contains provisions for child support or family support. Both parties shall complete and file with the court a *Child Support Case Registry Form* (form 1285.92) within 10 days of the date of this judgment. The parents shall notify the court of any change in the information submitted within 10 days of the change by filing an updated form. The forms *Notice of Rights and Responsibilities* (form 1285.78) and *Information Sheet on Changing a Child Support Order* (form 1285.79) are attached.   *(Continued on reverse)*

BUSH v BUSH
CASE NUMBER: V-018290-8
CONTINUATION OF JUDGMENT

1    6.    It is further ordered that the community property and obligations of the parties, is

2    divided as follows:

3    **Petitioner** is awarded the following:

4    ✓    All interest in the business known as "Logan Farms Honey Glazed Hams",
         located in San Ramon, Contra Costa County, California.
5    ✓    The Jeep.
     ✓    All household furniture, furnishings, appliances and personal belongings
6         of the Petitioner of which he has now in his possession.

7    **Respondent** is awarded the following:

8    ✓    All interest in the business known as "Lucky Pizza" located in Dublin,
         Alameda County, California.
9    ✓    All household furniture, furnishings, appliances and personal belongings
         of the Respondent of which she has now in her possession.
10

11    The parties are hereby ordered to do whatever acts and sign whatever documents may be

12    necessary, to carry out these orders.

13    7.    It is further ordered that, spousal support having been waived by the Petitioner and

14    Respondent, the Court hereby terminates jurisdiction therein and no court shall have the

15    jurisdiction to award spousal support to either party regardless of any circumstances which may

16    arise in the future.  The Court's jurisdiction to award spousal support to the Petitioner and

17    Respondent is hereby terminated.

18    8.    It is further ordered that the Marital Settlement Agreement executed by the

19    Petitioner and Respondent on July 23, 2001 is attached, incorporated herein, and the Petitioner

20    and Respondent are ordered to comply with all of the terms and conditions therein.

21    //

22    Dated: **SEP 1 9 2001**            STEPHEN F. FOLAND

23    //                                 Judge of the Superior Court

24    //

25    //

26    //

27    //

28

Bush v Bush                    Continuation of Judgment              Case No.: V-018290-8
                                    Page 1 of 13

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of STANISLAUS
## MODESTO, CALIFORNIA

### CERTIFICATE OF DEATH
### STATE OF CALIFORNIA
USE BLACK INK ONLY

3 90 50 002530

| STATE FILE NUMBER | | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|---|---|

| | 1A. NAME OF DECEDENT—FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2A. DATE OF DEATH—MO., DAY, YR. | HOUR | 3. SEX |
|---|---|---|---|---|---|---|
| DECEDENT PERSONAL DATA | Phaeng | — | Phoummaphavanh | November 10, 1990 | 0337 | M |

| 4. RACE | 5. SPANISH/HISPANIC—SPECIFY | 6. DATE OF BIRTH—MO., DAY, YR | 7. AGE IN YEARS | IF UNDER 1 YEAR | IF UNDER 24 HOURS |
|---|---|---|---|---|---|
| Laotian | ☐ YES ☒ No | April 2, 1922 | 68 | MONTHS DAYS | HOURS MINUTES |

| 8. STATE OF BIRTH | 9. CITIZEN OF WHAT COUNTRY | 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|---|---|
| Laos | Laos | Phanh Phoummaphavanh | Laos | Sao | Laos |

| 12. MILITARY SERVICE? | 13. SOCIAL SECURITY No. | 14. MARITAL STATUS | 15. NAME OF SURVIVING SPOUSE (IF WIFE, ENTER MAIDEN NAME) |
|---|---|---|---|
| ☐ Yes To 19 ☒ NONE | 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 | divorced | |

| 16A. USUAL OCCUPATION | 16B. USUAL KIND OF BUSINESS OR INDUSTRY | 16C. NAME OF EMPLOYER | 16D. YEARS IN OCCUPATION | 17. EDUCATION—YEARS COMPLETED |
|---|---|---|---|---|
| Monk | Religion | Buddhist | | 18 |

| USUAL RESIDENCE | 18A. RESIDENCE—STREET AND NUMBER OR LOCATION | | | 18C. ZIP CODE |
|---|---|---|---|---|
| | 909 E. Childs Ave | | | 95340 |

| 18B. COUNTY | 18E. NUMBER OF YEARS | STATE OR FOREIGN COUNTRY | 19. NAME AND ADDRESS OF INFORMANT |
|---|---|---|---|
| Merced | | Ca | Peng Inthavong (cousin) 30 Greenmeadow Ct Ceres Ca 95307 |

| PLACE OF DEATH | 20A. PLACE OF DEATH | | 20B. COUNTY |
|---|---|---|---|
| | Doctors Medical Ctr | | Stanislaus |

| | 20C. STREET ADDRESS | 20D. CITY |
|---|---|---|
| | 1441 Florida Ave | Modesto |

| CAUSE OF DEATH | 21. DEATH WAS CAUSED BY | | 22. WAS BIOPSY PERFORMED? |
|---|---|---|---|
| | IMMEDIATE CAUSE (A) | Cardiopulmonary Arrest | ☐ YES ☒ NO |
| | DUE TO (B) | Metastatic hepatoma | 23A. WAS AUTOPSY PERFORMED? |
| | DUE TO (C) | | ☐ YES ☒ NO |

| | 25. PHYSICIAN | | 27A. DECEDENT ATTENDED | | | |
|---|---|---|---|---|---|---|
| PHYSICIAN'S CERTIFICATION | | | 10/31/90 | | Robert Lew M.D 1400 Florida #100 | |

| | 27B. SIGNATURE | 27C. LICENSE NUMBER | 27D. DATE SIGNED |
|---|---|---|---|
| | | D39275 | 11/12/90 |

| FUNERAL DIRECTOR AND LOCAL REGISTRAR | 34A. DISPOSITION(S) | 34B. PLACE OF FINAL DISPOSITION—NAME AND ADDRESS | 34C. DATE | 34D. SIGNATURE OF EMBALMER | 34E. LICENSE NUMBER |
|---|---|---|---|---|---|
| | CR/RES | 5819 E. Service Rd Ceres Ca.95307 | Nov 17 1990 | Donald M Vere | 5556 |

| 36A. NAME OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 36B. LICENSE No. | 37. SIGNATURE OF LOCAL REGISTRAR | 38. REGISTRATION DATE |
|---|---|---|---|
| Lakewood Funeral Home | F-1392 | W.E. Forney M.D. | NOV 14 1990 |

MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF STANISLAUS }

DATE ISSUED  OCT 1 4 2004 *50-235097*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder.



LEE LUNDRIGAN, Clerk-Recorder
STANISLAUS COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of County Clerk-Recorder.

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance**
**as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: I-130 of Malaythong Bush on behalf of Amarjit Singh | Date | 09/25/2004 |
|---|---|---|
| | File No. | A72 325 526 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|
| **Amarjit** | **Singh** | ☒ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 1313 Montgomery Lane | Tracy | CA | 95377 |

| Name | | ☒ Petitioner | ☐ Applicant |
|---|---|---|---|
| **Malaythong** | **Bush** | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 1313 Montgomery Lane | Tracy | CA | 95377 |

*Check applicable item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**California**                         **Supreme**
                                        *Name of Court*                         and am not under a court or administrative agency

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Kaufman Law Office |
| | 220 Montgomery Street, Suite 976 |
| | San Francisco    CA   94104 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Jonathan M. Kaufman | (415) 956-4616    415 956-1664 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**Jonathan Kaufman**

*(Name of Attorney or Representative)*

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**All matters before the DHS**

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Malaythong Bush | ✗ m glaythong Bvsh | 9/25/2004 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

# EXHIBIT B



U.S. Department of Homeland Security
650 Capitol Mall
Sacramento, CA 95814

U.S. Citizenship
and Immigration
Services

Refer to Alien Number: A72 625 526
Date:        APR 2 5 2006

MALAYTHONG BUSH
1313 MONTGOMERY LANE
TRACY, CA 95377

### DECISION

It is ordered that your Form I-130, Petition for Alien Relative filed on Amarjit Singh's behalf be denied because:

SEE ATTACHED

You may, if you wish, appeal this decision. You must submit such appeal to THIS OFFICE
with a filing fee of $110.00. If you do not file an appeal within the time allowed, this decision is final.
Appeal in your case may be made to:

(x) The Board of Immigration Appeals (Board) in Falls Church, Virginia. It must reach this office
within 30 calendar days from the date this notice is served (33 days if this notice is mailed).

( ) The Administrative Appeals Unit (AAU) in Washington, D.C. It must reach this office
within 30 calendar days from the date this notice is served (33 days if this notice is mailed).

Do NOT send your appeal directly to the Board or to the AAU. Please direct any questions you
may have to the U.S. Citizenship and Immigration Services office nearest your residence.

David N. Still
District Director

Cc: Jonathan M. Kaufman
   220 Montgomery Street, Suite 976
   San Francisco, CA 94104

I-292(Sac)(Rev 1/20/06)

On February 17, 2004, you filed for the benefits of Section 201 (b) of the Immigration and Nationality Act, as amended, to accord the beneficiary, Amarjit Singh immediate relative status as the spouse of a United States citizen.

On March 17, 2006, the Service issued a Notice of Intent to Deny that visa petition. That Notice identified reasons for the Service's intention to deny your petition; primarily, it was concluded that the bona fides of your marriage have not been established. You were given a period of thirty-three (33) days from that date within which to offer additional evidence in support of your petition and in opposition to the grounds stated in the Notice.

On April 12, 2006, the Service received from your attorney a photo of a lamp, a declaration from you and Amarjit Singh, copies of a 2005 Federal tax return, a vehicle and two equipment lease agreements. The Service reviewed the declaration and the claimed discrepancies conducted at the interview on October 5, 2005 and will address as follows with the exact testimony given by you and the beneficiary.

Question 1 - The beneficiary now states that he told the officer that the relationship became serious four to five months before they resided together.
    Service record – Did you start living together before your marriage? "Yes." When did you start living together before your marriage? "Four or five months before marriage."

Question 2 - You now state that the beneficiary asked you to marry him a year before the wedding and you did not accept. You now state the beneficiary proposed marriage a second time, approximately two months before your marriage.
    Service record - When did your spouse propose marriage? "Uh, we ask me long time ago, maybe a year before we marry."

Question 3 – The beneficiary states he was asked if he celebrated Christmas, he now testifies that he answered that he does.
    Service record – What did you buy your spouse for last Christmas? "I don't remember." Did you buy your spouse anything else? "I don't remember." What did your spouse buy you for last Christmas? "We don't buy for Christmas or anything."
    Your answers to the questions were – What did you buy your spouse for last Christmas? "Yes, I bought him a sweatshirt." Did you buy your spouse anything else? "No that's all, my kids give him lot of things, my mom gave him shoes." What did your spouse buy you for last Christmas? "Oh, he buy me this opal earrings and a ring and a necklace." Did your spouse buy you anything for last Christmas? "Um, I think that's all."

Question 4 – The beneficiary states he was not asked if he had received any presents from his wife for his birthday.
    Service record – Did your spouse buy you a birthday present? "No we just go to eat together that's all." Did your spouse buy you anything else? "No."
    Your answers to the questions were – Did you buy your spouse a birthday present? "Uh, the May, we make party at home, what I get to him I think I buy him shoes." Who attended the party? "Uh, only family, my kids, my mom, my son in law." Did you give him anything else? "Um, no."

Question 5 – The beneficiary now testifies that he began his trucking business in 2003. He states he has owned two trucks. He purchased his first truck in 2003. In 2005, Malaythong and he purchased a truck together in her son's name.
    Service record – When did you start the trucking business? "Uh, after marriage." How much did the truck cost? "We borrow $55,000." Who did you borrow the money from? "Our stepdaughter." Who started the trucking business? "I did." What's the name of your business? "Mattu Express I started it one year before marriage." In 2003? "Yes."
    Your answers to the questions were – When did your spouse start the trucking business? "When we start, uh, the first of February we buy the truck." This year? "Yes." How much did the truck cost? "The truck my son bought it almost $60,000." Who started the business? "My son buy the truck for me and my husband, we start the business and make payments to my son for the truck only. My son work another business." What's the name of your business? "Mattu Express."

Question 6 – The beneficiary states that he testified that the bedroom table is made of metal and is black. He states he did not testify that the table is brown.
    Service record – What colors are the current bed sheets? "Hmm, lighter purple." Is there a table next to you? "Yes." What color is the table next to you? "The table is brown like your picture frame." Is there a lamp on the table?

"Yes." What color is the Lamp? "The lamp is like silver, white on cover." Is the lamp any other color? Color of the lampshade? "I don't see very deeply."

Question 7 – the beneficiary states he was not asked what time we ate dinner the night before the interview. He states he was asked what time he went to bed and he now states between 9 and 10.

Service record – Who had dinner with you last night? "Me, my wife, stepdaughter, her daughter she's two years old." What time was dinner last night? "I think around 9 o'clock or 10 something like that." What time did you go to bed last night? "After our dinner, um, maybe after 10 o'clock."

Your answers to the question were – Who had dinner with you last night? "Uh, last night, my mom, my older daughter, me, my husband and baby." What time was dinner last night? "Uh, the dinner we have last night was 7 to 8 no it could have been 6 o'clock, I remember I go to sleep at 9 o'clock."

Question 8 – You now testify that you went to bed at 8:30 pm, as stated above you told the interviewing officer you went to bed at 9 o'clock. However for clarity the officer did ask you specifically the following.

Service record – What time did you go to bed last night? "Uh, I go to bed like 9 o'clock, but he already asleep." What time did your spouse go to bed? "Uh, he went to bed before me, after he eat, he go to sleep, maybe 8:30."

The beneficiary answers were – What time did you go to bed last night? Answered above in question 7. What time did your spouse go to bed? "She went to bed 15 or 20 minutes later."

As previously outlined in the notice of intent to deny (NOID), in visa petition proceedings, the burden of proof as to the eligibility of the beneficiary is placed on the petitioner. Matter of Brantigan 11 I&N Dec.493 (BIA 1966). A marriage entered into for the primary purpose of circumventing the immigration laws, commonly referred to as a fraudulent or sham marriage, is not recognized for the purpose of obtaining immigration benefits. In determining whether a marriage is fraudulent for immigration purposes, the conduct of the parties after the marriage is relevant as to their intent at the time of marriage; evidence to establish intent may take many forms, including, but not limited to, proof that the beneficiary has been listed as the petitioner's spouse on insurance policies, property leases, income tax forms, or bank accounts, and testimony or other evidence regarding courtship, wedding ceremony, shared residence, and experiences. Matter of Laureano, 19 I&N Dec.1 (BIA 1983).

In the present case, you and the beneficiary have been married since September 4, 2004. The submitted documents and new testimony does not overcome the discrepancies in your testimonies given on October 5, 2005. The discrepancies consist of the following:

- You and the beneficiary gave discrepant answers of when you started living together before the marriage;
- Discrepant answers of when marriage was proposed;
- Discrepant answers regarding the previous Christmas celebration and gifts;
- Discrepant answers regarding the beneficiary's birthday celebration in May 2005;
- Discrepant answers of when the trucking business was started, how much was paid for the truck and who the money was borrowed from;
- Beneficiary's incorrect answers regarding the table and lamp he sleeps next to;
- Discrepant answers regarding the night before the interview, i.e. the time of dinner and the time of when you and the beneficiary went to bed.

These discrepancies indicate that you are and the beneficiary are not living together. As a result, you have failed to meet your burden of proof, the bona fides of the marriage have not been established and the marriage is not valid for immigration purposes.

As a result, the visa petition supporting the application is prohibited from an approval and is therefore denied.

Attachment to Form I-292

# EXHIBIT C



THE KAUFMAN LAW OFFICES

Ph: 415-956-4616
220 Montgomery St. Ste. 976
San Francisco, CA 94104

1250

90-78/1211

DATE  5/12/06

PAY TO THE ORDER OF  Department of Homeland Security        $ 110.00

ONE Hundred Ten                                    DOLLARS

BANK WEST

FOR  EOIR 29  A7E 325 526



# KAUFMAN LAW OFFICE
220 Montgomery Street, Suite 976
San Francisco, CA 94104
(415) 956-4616
Fax (415) 956-1664

Alan M. Kaufman
Jonathan M. Kaufman
David J. Kaufman
Marcela Chauvet

May 12, 2006

Officer in Charge
United States Department of Homeland Security
United States Citizenship and Immigration Services
650 Capitol Mall, Room 2-220
Sacramento, CA 95814

Re:    Notice of Appeal of I-130 of Malythong Bush Singh on behalf of Amarjit Singh
       A72 325 526

Dear Sir/Madam:

I represent Mr. and Mrs. Singh.

Petitioner is appealing the District Director's April 25, 2006 decision denying her visa petition.
Form EOIR 29 and its filing fee are enclosed. Please return the filing fee receipt in the enclosed
envelope.

Thank you.

Yours truly,

Jonathan M. Kaufman

JMK/jmk
Encl.

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

**Notice of Appeal to the Board of Immigration
Appeals from a Decision of an INS Officer**

---

### WHERE TO FILE THIS APPEAL:
**Do not file this directly with the board of Immigration Appeals.**

This notice of appeal must be filed with the Immigration and Naturalization Service (INS) within 30 calendar days after
service of the decision of the INS Officer. Please read the complete instructions on the back of this form.

| In the Matter of (Name and "A" Number): | Fee Stamp |
|---|---|
| Amarjit        Singh        A72 325 526 | |

1. I hereby appeal to the Board of Immigration Appeals from the decision on the

   <u>District Director</u>                                    dated <u>4/25/06</u>                    , in the
   (Title of INS officer)                                              (Date of INS Decision)

   above entitled case.

2. Specify reasons for this appeal and continue on separate sheets if necessary. Please refer to
   Instruction #2 for further guidance. *Warning: If the factual or legal bases for the appeal is not
   sufficiently described, the appeal may be summarily dismissed.*
   **See attached**

3. Do your desire oral argument before the Board of Immigration Appeals?   ☐ Yes   ☒ No

4. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?
   ☒ Yes   ☐ No

   <u>5/12/06</u>
   Date

   Signature of Appellant
   *(or attorney or representative)*
   **Jonathan M. Kaufman**
   **Kaufman Law Office**
   *(Print or type name)*
   **220 Montgomery Street, Suite 976**

   **San Francisco        CA    94104**
   *Address (number, street, city, state, ZIP code)*

Form EOIR-29
Sept. 2002

Notice of Appeal
Form EOIR 29
Attachment

Petitioner appeals the district director's denial of the immigrant visa petition she filed on behalf of her husband, Amarjit Singh.

Substantial evidence does not support the district director's decision.

The discrepancies cited by the district director are minor and inconsequential, and do not support a finding that the marital relationship is not bona fide. The discrepancies, if any, in the testimony is attributable to misunderstandings between petitioner and beneficiary and the immigration officer, and language difficulties. The district director conducted a fundamentally unfair immigration interview because he failed to inform petitioner and beneficiary of the discrepancies perceived in their testimony and accord them an opportunity to explain at the time of the interview.

The district director fails to account for or acknowledge the substantial documentary evidence offered to establish a bona fide relationship, including evidence co-habitation and joint financial assets.

The district director failed to make the entire evidentiary record of proceeding available for petitioner to review before denying the visa petition. The existence of a record of the "exact testimony" cited in the decision was not disclosed to petitioner in the notice of intent to deny, and the record was not made available for petitioner to review prior to the denial of the visa petition. This deprived petitioner of a full and fair opportunity to present evidence in her own behalf in support of her visa petition, and to rebut the adverse evidence offered by the district director. It further prejudices petitioner on appeal because petitioner is not aware of the contents of the record of proceeding.

Petitioner reserves the right to raise other grounds for appeal in a brief which will be filed in support of the appeal.