JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:     klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MALAYTHONG BUSH,

        Plaintiff,

vs.

ROSEMARY MELVILLE,
District Director, United States Citizenship
and Immigration Services,

        Defendant.
_____/

Case No.  C 07-4010 JSW

CERTIFICATE OF SERVICE

    I, JONATHAN  M. KAUFMAN, do hereby declare:

    That on August 7, 2007 copies of the August 6, 2007 order setting initial case management conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1     I declare under penalty of perjury that the foregoing is true and correct and that this was
2 executed on August 8, 2007 at San Francisco, California.

                                                                                        JONATHAN M. KAUFMAN