SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALAYTHONG BUSH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSEMARY MELVILLE, District Director, ) <br> United States Citizenship and Immigration ) <br> Services, ) <br> ) <br> Defendant. ) | No. C 07-4010 JSW <br><br> **STIPULATION TO DISMISS and [PROPOSED] ORDER** |

   Plaintiff, by and through her attorney of record, and Defendant, by and through her attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of Plaintiff's visa application.

   Each of the parties shall bear their own costs and fees.

Date: September 7, 2007              Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney


                                            /s/
                                      EDWARD A. OLSEN
                                      Assistant United States Attorney
                                      Attorneys for Defendant

Stipulation for Dismissal
C 07-4010 JSW

Date: September 7, 2007

/s/
JONATHAN M. KAUFMAN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEFFREY S. WHITE
United States District Judge

Stipulation for Dismissal
C 07-4010 JSW