```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALAYTHONG BUSH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services,<br><br>　　　　　　Defendant. | No. C 07-4010 JSW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

　　Plaintiff, by and through her attorney of record, and Defendant, by and through her attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the adjudication of Plaintiff's visa application.

　　Each of the parties shall bear their own costs and fees.

Date: September 7, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Stipulation for Dismissal
C 07-4010 JSW

1
2  Date: September 7, 2007                    /s/
                                              JONATHAN M. KAUFMAN
3                                             Attorneys for Plaintiff
4                          **ORDER**
5       Pursuant to stipulation, IT IS SO ORDERED.
6
7  Date:  September 10, 2007         _____
                                     JEFFREY S. WHITE
8                                    United States District Judge
9
10
...
28

Stipulation for Dismissal
C 07-4010 JSW